IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:15cr43CWR-LRA

HUBERT TATE    18 U.S.C. § 641

**The Grand Jury charges:**

Beginning in or about July 2001, and continuing until in or about May 2014, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **HUBERT TATE**, aided and abetted by other known and unknown to the Grand Jury, did steal, purloin and knowingly convert to his own use, greater than $1,000.00 in funds belonging to the United States of America, namely, approximately $110,310.00 in funds administered by the Department of the Treasury in the form of a Social Security Administration disability insurance payment, which funds the defendant knew he was not entitled to receive.

All in violation of Sections 641 and 2, Title 18, United Stated Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 23rd day of June, 2015.

UNITED STATES MAGISTRATE JUDGE